**Randolph W. WILKINS, Petitioner,**

v.

**DEPARTMENT OF DEFENSE,
Respondent.**

No. 04–3313.

United States Court of Appeals,
Federal Circuit.

DECIDED: July 7, 2004.

Steven M. Mager, Principal Attorney, Todd M. Hughes, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

Randolph W. Wilkins, of Counsel, St. Louis, MO, for Petitioner.

ORDER

Order Vacated, See 104 Fed.Appx. 188, 2004 WL 1637800.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**DANE INDUSTRIES, INC.,
Plaintiff–Appellant,**

v.

**AMERITEK INDUSTRIES LLC,
Defendant–Appellee,**

and

**Gary Hoonsbeen, Defendant.**

No. 04–1142.

United States Court of Appeals,
Federal Circuit.

July 9, 2004.

On Appeal from the United States District Court for the District of Minnesota, 03–CV–3488.

Paul J. Robbennolt, Principal Attorney, Devan V. Padmanabhan, Gerald H. Sullivan, Jr., Of Counsel, Dorsey & Whitney, Minneapolis, MN, for Plaintiff–Appellant.

David R. Fairbairn, Principal Attorney, Gayle A. Bush, Of Counsel, Kinney & Lange, Minneapolis, MN, for Defendant–Appellee.

Gary Hoonsbeen, Of Counsel, Minneapolis, MN, pro se.

Before MAYER, Chief Judge, LOURIE and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.